IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JONATHON LAYDEN,<br>individually and o/b/o all others<br>similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 18-00065-CV-W-ODS |
| vs. | ) ) | |
| ADAMS AUTO CORP., | ) ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL WITH PREJUDICE

Today, the parties filed a Joint Stipulation of Dismissal.  Doc. #52.  Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are dismissed with prejudice.  Plaintiff's uncertified putative class claims are dismissed without prejudice.  Each party shall bear his or its own costs and fees.

IT IS SO ORDERED.

DATE: July 12, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT